**SABRINA RICHARDSON**      \*      **NO. 2023-CA-0757**

**VERSUS**      \*      **COURT OF APPEAL**

**NEW ORLEANS POLICE DEPARTMENT**      \*      **FOURTH CIRCUIT**

    \*      **STATE OF LOUISIANA**

    \*

    \*

**\* \* \* \* \* \* \***

CONSOLIDATED WITH:          CONSOLIDATED WITH:

SABRINA RICHARDSON          NO. 2023-CA-0793

VERSUS

NEW ORLEANS POLICE DEPARTMENT

*JCL*      **LOBRANO, J., CONCURS IN THE RESULT**